# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:21-cv-00469-MR

| | |
|---|---|
| BERNARD SCHULZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN DOES 1-3, )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's miscellaneous filings. [Docs. 15, 17, 18].

For the sake of economy, the Court incorporates its October 28, 2021 initial review Order in this matter by reference. [Doc. 16]. In that Order, the Court denied various motions by Plaintiff and struck Docket No. 14 from the record for the reasons state therein. The Court also considered Docket No. 15, which the Court construed as a motion for discovery. [Id. at 9-10]. In the body of the Order, the Court indicated that it would deny this motion. [Id. at 9]. The Court, however, inadvertently failed to order that the motion be denied. [See id. at 12]. The Court, therefore, will deny that motion here for the reasons stated in Docket No. 16.

In striking Docket No. 14 from the record in this matter, the Court admonished Plaintiff as follows:

> **Plaintiff is strongly encouraged to read the Order of Instructions and to familiarize himself with the Federal Rules of Civil Procedure and the Local Rules of this Court before filing any more pleadings or other documents with this Court. Future failures by Plaintiff to abide by the Order of Instructions, including but not limited to filing needless and improper motion and other documents with the Court, may result in his filings being stricken and/or the summary denial of relief sought therein**.

[Id. at 11 (emphasis in original)]. Plaintiff has again filed improper documents with the Court. [See Docs. 17, 18]. The Court will strike them from the record in this matter and again admonishes Plaintiff as above.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 15] is **DENIED** in accordance with the terms of this Order and Docket No. 16.

Plaintiff's filings [Docs. 17, 18] are **STRICKEN** from the record in this matter.

**IT IS SO ORDERED**.

Signed: November 8, 2021

Martin Reidinger
Chief United States District Judge