UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CV-00469-MR

| BERNARD SCHULZ, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | **ORDER** |
| JOHN DOES 1-3, | ) |  |
| Defendants. | ) |  |

**THIS MATTER** is before the Court on Plaintiff's Motion for Discovery [Doc. 34].

Pro se Plaintiff Bernard Schulz filed a Complaint on September 7, 2021, under 42 U.S.C. § 1983, against an undetermined number of unidentified guards at the Mecklenburg County Jail (the "Jail"). [Doc. 1]. On March 22, 2022, the Court dismissed Plaintiff's Complaint for the reasons stated in that Order. [Doc. 32]. Plaintiff now moves for discovery.[1] [Doc. 34]. The Court will deny Plaintiff's motion as moot. Moreover, even if Plaintiff's case had not been dismissed, his motion – as he has been repeatedly advised in this case – is improper and would have been stricken.

---

[1] It appears that the Court's Order dismissing this action and Plaintiff's pending motion crossed in the mail.

[See Docs. 14, 16, 17, 18, 19, 25, 26, 27, 29].

**Plaintiff is advised that any future improper filings in this case will be summarily denied and/or stricken by text order.**

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion [Doc. 34] is **DENIED** in accordance with the terms of this Order.

**IT IS SO ORDERED**.

Signed: March 27, 2022

Martin Reidinger
Chief United States District Judge